■ ROBERT KRIESEL, Appellant, v MAY DEPARTMENT STORES COMPANY, Doing Business as KAUFMANN's and/or KAUFMANN's

DEPARTMENT STORE, et al., Respondents. (Appeal No. 3.) [690 NYS2d 470] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Set Aside Verdict.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Callahan, JJ.